UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:11CV321 RWS/LMB |
| ) | |
| TERRY RUSSELL, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Rule 7 of the Rules Governing § 2254 Cases states that "the judge may direct the parties to expand the record by submitting additional materials relating to the petition. The judge may require that these materials be authenticated." During trial, a tape of a 911 call made by the victim was played to the jury. The tape was State's Exhibit 6. Resp't Ex. B at 214. The contents of the tape recording are not currently in the record. The Court has determined that a review of the contents of the 911 call is necessary for an adequate resolution of this action. As a result, the Court will require respondent to submit an authenticated copy of either the tape itself or a transcript thereof.

Accordingly,

**IT IS HEREBY ORDERED** that, within fourteen (14) days of the date of this Order, respondent shall submit either (1) an authenticated copy of the 911 tape recording or (2) an authenticated transcript of the tape recording.

Dated this <u>16th</u> day of July, 2013.

*Lewis M. Blanton*

---
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE