UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HOOD, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:11 CV 321 RWS |
| TERRY RUSSELL, | ) ) ) |
| Respondent. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Michael Hood. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a Report and Recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On December 11, 2013, Judge Blanton filed his recommendation that Petitioner's habeas petition should be denied.

Objections to Judge Blanton's Report and Recommendation were due by December 26, 2013. On December 23, 2013, Petitioner filed a "Motion to Withdraw Without Prejudice." The Court is unsure how to construe Petitioner's Motion. If Petitioner seeks to withdraw his petition for a writ of habeas corpus, then he must show cause why the petition should not be dismissed *with* prejudice. If Petitioner seeks to object to the Report and Recommendation, then he must lay out his grounds for objection. I will grant Petitioner an extension of time should he elect to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the Petitioner may show cause why his Petition should

1

not be dismissed with prejudice or file written objections to the Report and Recommendation no later than March 7, 2014.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2014